# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-666-GCM

| | |
|---|---|
| REGIONS BANK,<br><br>   **Plaintiff,**<br><br>v.<br><br>DAVID BLAIR THOMPSON,<br>JENNIFER LYNN CUTE,<br>TD PRIVATE CLIENT WEALTH, LLC<br><br>   **Defendant.** | **ORDER** |

  **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Jason K. Roberts,** filed December 19, 2018 (Doc. No. 2).

  Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

  In accordance with Local Rule 83.1(B), Mr. Roberts is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Regions Bank.

  **IT IS SO ORDERED.**

Signed: January 2, 2019

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge