IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| REGIONS BANK, | : | |
| | : | CIVIL ACTION NO: |
| Plaintiff, | : | 3:18-cv-00666-GCM |
| | : | |
| v. | : | |
| | : | |
| DAVID BLAIR THOMPSON, | : | |
| JENNIFER LYNN CUTE, and | : | |
| TD PRIVATE CLIENT WEALTH, LLC | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit filed by Patrick M. Aul. (Doc. 16). Mr. Aul, a member in good standing of the Bar of this Court, is local counsel for Defendants, David Blair Thompson, Jennifer Lynn Cute, and TD Private Client Wealth, LLC ("Defendants"), and he seeks the admission *pro hac vice* of Jonathan R. Cavalier, a member in good standing of the Bar of Pennsylvania, for purposes of representing the Defendants in this matter. The requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 16) and **ADMITS** Jonathan R. Cavalier to practice pro hac vice before the Court in this matter while associated with local counsel.

**SO ORDERED.**

Signed: March 20, 2019

Graham C. Mullen
United States District Judge