IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| REGIONS BANK, | : |
| Plaintiff, | : Civil Action No.: 3:18-cv-00666 |
| v. | : |
| DAVID BLAIR THOMPSON, JENNIFER LYNN CUTE, and TD PRIVATE CLIENT WEALTH, LLC, | : |
| Defendants. | : |

**ORDER**

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit filed by Philip M. Van Hoy (Doc. 20). Mr. Van Hoy, a member in good standing of the Bar of this Court, is local counsel for Plaintiff, Regions Bank, and he seeks the admission *pro hac vice* of **Nora L. Olsewski**, a member in good standing of the Bar of Pennsylvania, for purposes of representing the Plaintiff in this matter. The requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 20) and **ADMITS** Nora L. Olsewski to practice pro hac vice before this Court in this matter while associated with local counsel.

**SO ORDERED**

Signed: March 29, 2019

Graham C. Mullen
United States District Judge